IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| | MDL No. 3004 |
| **This Document Relates to** **Supenia v. Syngenta AG,** *et al.* | |
| Case No. 3:21-pq-639-NJR | |

# JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, Chief Judge:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal dated November 23, 2021 (Doc. 21), this case was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED:   December 2, 2021

*s/ Nancy J. Rosenstengel*
NANCY J. ROSENSTENGEL
Chief U.S. District Judge
